SAMUEL A. BATCHELOR ET AL. v. AMERICAN NATIONAL INSURANCE COMPANY, OF GALVESTON, TEXAS.

(Filed 18 February, 1931.)

**Insurance H d—Insured is entitled to difference between cash value of policy and outstanding loan thereon as of date of notice to cancel.**

The holder of a life insurance policy who has borrowed money thereon, upon giving notice to the insurer to cancel the policy, is entitled only to receive the difference between the cash surrender value of the policy and the outstanding policy loan, and it is error for the trial judge to direct a verdict in a larger sum.

---

---

APPEAL by defendant from *Cranmer, J.,* at November Term, 1930, of NASH.

Civil action to recover the difference between the cash surrender value of a policy of life insurance and the outstanding policy loan, which difference, on 23 September, 1929, the annual premium date of said policy, amounted to $50.85.

It appears from the record that, after some correspondence between the parties as to the better course to pursue, the plaintiffs finally notified the defendant on 19 November, 1929, of their intention to surrender said policy and mailed release to that effect on said date.

Under the automatic premium-loan provision of said policy, the net cash value of the policy would have been consumed on 26 November, 1929, but not before.

From a directed verdict in favor of the plaintiffs for $50.85, the defendant appeals, assigning errors.

*D. W. Perry for plaintiffs.*
*J. A. Edgerton and T. T. Thorne for defendant.*

STACY, C. J., after stating the case: Plaintiffs are entitled to recover the difference, if any, between the cash surrender value of the policy and the outstanding policy loan on the date the defendant received notice of intention to surrender, but no more. It was error, therefore, to direct a verdict for a larger sum.

New trial.